UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID JORDAN, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:23-cv-00409 |
| LONGHORN LIQUOR STORE, | ) |
| Defendant. | ) |

### ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 34). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE